**Joseph Patrick Roman SIMON,
Plaintiff-Appellant,**

v.

**James E. HENNING, Facility Chaplain,
individual and official capacity; H.
Gomez, Facility Commander, individ-
ual and official capacity, Defendants-
Appellees.**

No. 15-56789

United States Court of Appeals,
Ninth Circuit.

Submitted February 14, 2017 *

Filed February 27, 2017

Joseph Patrick Roman Simon, Pro Se

Adam Lee Miederhoff, County Counsel,
Office of the County Counsel, San Bernar-
dino, CA, for Defendants-Appellees

Before: GOODWIN, FARRIS, and
FERNANDEZ, Circuit Judges.

MEMORANDUM **

California pretrial detainee Joseph Pat-
rick Roman Simon appeals pro se from the
district court's summary judgment for fail-
ure to exhaust administrative remedies in
his § 1983 action relating to his alleged
denial of kosher meals and Passover ob-
servance. We have jurisdiction under 28
U.S.C. § 1291. We review de novo.
*Williams v. Paramo*, 775 F.3d 1182, 1191
(9th Cir. 2015). We vacate and remand.

The district court dismissed Simon's ac-
tion for failure to exhaust, finding that
Simon failed to provide evidence that he
was unaware of West Valley Detention
Center's grievance procedures in 2012 and
2013. However, Simon provided evidence
that the resources available to him during
this period failed to explain that he was
required to file a second appeal with the
facility manager, and that Simon was not
otherwise made aware of a second level of
appeal. This evidence was sufficient to
raise a genuine issue of material fact as to
whether administrative remedies were ef-
fectively unavailable to Simon. *See Ross v.
Blake*, —— U.S. ——, 136 S.Ct. 1850, 1859,
195 L.Ed.2d 117 (2016) ("[W]hen a remedy
is ... essentially 'unknowable'—so that no
ordinary prisoner can make sense of what
it demands—then it is also unavailable.").
Accordingly, we vacate and remand for
further proceedings.

Simon's motion informing the court of
retaliatory conduct of jail officials, filed on
February 19, 2016, is denied.

**VACATED and REMANDED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by Ninth Circuit Rule 36-3.